# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRYSTAL D. DEEDS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil No. 17-cv-00225-JPG-CJP |
| NANCY A. BERRYHILL, | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED** and **REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of 42 U.S.C. §405(g).

Judgment is entered in favor of plaintiff Crystal D. Deeds and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

DATED: September 19, 2017

                                                  **JUSTINE FLANAGAN,**
                                                  **Acting Clerk of Court**

                                                  **BY: s/Tina Gray,**
                                                       **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**